UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHARLES NEUMAN, pro se,

                Plaintiff,

-against-

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

                Defendant.
----------------------------------------------------------------X

JUDGMENT
04-CV- 4590 (DLI)

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 21, 2006, remanding the case to the Commissioner for further evidentiary proceedings; ordering that further proceedings before the Administrative Law Judge must be completed within sixty days of the issuance of this order, by September 20, 2006; ordering that if plaintiff's benefits remain denied, the Commissioner is directed to render a final decision within sixty days of plaintiff's appeal; directing that upon remand, the Commissioner should explore with more precision plaintiff's limitations during the relevant period and capacity for sedentary work; and the Commissioner should obtain further information from Dr. Patel or from a vocational expert, as necessary; it is

JUDGMENT
04CV- 4590 (DLI)

ORDERED and ADJUDGED that the case is remanded to the Commissioner for further evidentiary proceedings; that further proceedings before the Administrative Law Judge must be completed within sixty days of the issuance of this order, by September 20, 2006; that if plaintiff's benefits remain denied, the Commissioner is directed to render a final decision within sixty days of plaintiff's appeal; that upon remand, the Commissioner should explore with more precision plaintiff's limitations during the relevant period and capacity for sedentary work; and that the Commissioner should obtain further information from Dr. Patel or from a vocational expert, as necessary.

Dated: Brooklyn, New York
July 21, 2006

ROBERT C. HEINEMANN
Clerk of Court